```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
JOHN CLARK,                   :
                              :
          Petitioner,         :   Civ. No. 21-16721 (NLH)
     v.                       :
                              :   ORDER TO ANSWER
WARDEN,                       :
CUMBERLAND COUNTY JAIL,       :
                              :
          Respondent.         :
_____:
```

Petitioner is a prisoner currently incarcerated at the Cumberland County Department of Corrections in Bridgeton, New Jersey.  ECF No. 3.

In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the Petition for dismissal and determined that dismissal without an answer and production of the record is not warranted.

Therefore, IT IS on this  30th   day of September , 2021,

ORDERED that the Clerk shall send a copy of the Petition, ECF No. 3, and this Order on the Warden of the Cumberland County Jail and the Cumberland County Prosecutor's Office by regular mail; and it is further

ORDERED that the Respondent shall file a full and complete answer to all claims asserted in the Petition within thirty (30) of the entry of this Order.  Alternatively, Respondent may file

a Motion to Dismiss the Petition on jurisdiction grounds only within that same timeframe; and it is further

ORDERED that Petitioner shall have thirty (30) days to file a response to the Respondent's filing, whether an answer or motion to dismiss; and it is further

ORDERED that Respondent shall file and serve with the answer certified copies of all documents necessary to resolve Petitioner's claims and any affirmative defenses; and it is further

ORDERED that any request to deviate from this Order to Answer shall be made by motion; and it is further

ORDERED that within seven (7) days of Petitioner's release, be it parole or otherwise, Respondent shall electronically file a written notice of the same with the Clerk; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail.

At Camden, New Jersey         s/ Noel L. Hillman
       NOEL L. HILLMAN, U.S.D.J.