John Clark #42592      1:21-CV-16721-NLH(SAK)
54 W. Broad St.        Clark v. Warren
Bridgeton N.J. 08302   Oct 24, 2021

Judge Hillman, Sir on 8-27-2021 you orderd that the clerk shall select a attorney for me. Maybe I'm being a little impatient if so I apoligize because I have-n't heard anything from a attorney. Also sir I never received the USM 285 forms to serve the defendants, not being sure how all this works and time being of the essence. I know this is a very important part of the process so I wanted you to know these things. With this sir I want to thank you the clerk and all who work hard at moving my matter forward.

RECEIVED
OCT 29 2021
AT 8:30
WILLIAM T. WALSH
CLERK

Sincerely
John Clark

Case 1:21-cv-16721-NLH   Document 5   Filed 10/29/21   Page 2 of 2 PageID: 42

John Clark
54 W. Broad St.
Bridgeton NJ. 08302

SOUTH JERSEY NJ   080

26 OCT 2021 PM 5  L

RECEIVED
OCT 25 2021
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

Clerk U.S. District Court, 4th and Cooper St.
Camden N.J. 08101

08101-999965