UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN CLARK, | 1:21-cv-16721 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| CHARLES WARREN, | |
| Respondent. | |

**APPEARANCES**:

John Clark
#42592
Cumberland County Jail
54 West Broad Street
Bridgeton, NJ 08302

   Petitioner pro se

**HILLMAN**, District Judge

   WHEREAS, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on September 9, 2021, see ECF No. 3; and

   WHEREAS, the Court ordered Respondent to answer the petition within 30 days on September 30, 2021, see ECF No. 4; and

   WHEREAS, the Clerk mailed copies of the petition and the Order to Answer to the Warden of the Cumberland County Jail and the Cumberland County Prosecutor's Office; and

   WHEREAS, Respondent has not filed its answer to date,

THEREFORE, IT IS on this 9th day of December, 2021

ORDERED that within 21 days of this Order, Respondent shall show cause in writing why the petition should not be granted and why sanctions should not be imposed; and it is finally

ORDERED that the Clerk shall send a copy of this Order to the Warden of the Cumberland County Jail, the Cumberland County Prosecutor's Office, and Petitioner by regular mail.

|  |  |
|---|---|
| | s/ Noel L. Hillman |
| At Camden, New Jersey | NOEL L. HILLMAN, U.S.D.J. |